NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Damian P. Richard, Esq. (SBN 262805)
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: 619-758-1891
Fax: 619-296-2013
drichard@sessions-law.biz

ATTORNEY(S) FOR: NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dean A. Slater | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| NCO Financial Systems, Inc. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   NCO Financial Systems, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NCO Financial Systems, Inc. | Defendant |
| Compass International Services Corporation | Owner of NCO Financial Systems, Inc. |
| Expert Global Solutions, Inc. f/k/a NCO Group, Inc. | Owner of Compass International Services Corp. |
| One Equity Partners | Owner of Expert Global Solutions, Inc. |
| JP Morgan Chase & Co. | Majority Owner of One Equity Partners |

May 9, 2014                                /s/Damian P. Richard
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Damian P. Richard, Esq.